No. 3079.—El Pueblo, Apldo., *v.* Plata, Aplte.—C. D. San Juan. Nov. 10, 1927. Examinada la evidencia que fué presentada en el juicio y encontrando que es suficiente para sostener la culpabilidad del apelante y que no existe ni se alega infracción de ley, debemos confirmar y confirmamos la sentencia apelada, devolviéndose a la Corte inferior los objetos que remitió.